[No. 46603-1-II.   Division Two.   October 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL TROY BURRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-01042-9, Scott A. Collier, J., entered July 30, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 32176-2-III.   Division Three.   October 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARON LYNNE PROVOST, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 08-1-00138-5, David Frazier, J. Pro Tem., entered December 12, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[Nos. 32390-1-III; 32391-9-III;   Division Three.   October 13, 2015.]
32392-7-III.

THE STATE OF WASHINGTON, *Respondent*, v. LYZETTE VARGAS, *Appellant*.

Appeals from a judgment of the Superior Court for Benton County, No. 13-1-00715-4, Bruce A. Spanner, J., entered April 2, 2014. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32545-8-III.   Division Three.   October 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN ANTHONY BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-1-02207-0, Michael G. McCarthy, J., entered June 13, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.